UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| ADOLFO ARAUJO,<br>　　　Plaintiff,<br>VS.<br><br>ALEX KIRKPATRICK, et al.,<br>　　　Defendants. | JOINT PROPOSED DISCOVERY PLAN<br>Case No. 24-CV-6126-FPG |

_____

Pursuant to the Order For Proposed Joint Discovery (ECF # _____) and to facilitate the entry of

a scheduling order as provided in Fed.R.Civ.P. ("Rule") 16(b) and Local Rule 16, the parties,

through undersigned counsel, jointly submit the following joint discovery plan.

1.　　　Counsel to attend the Rule 16 conference: David S. Stern, Esq. for plaintiff, John

M. Campolieto, Esq. for defendant City of Rochester, and John L. DeMarco, Esq. for defendant,

Town of Webster.

2.　　　Rule 26 Meeting. The Rule 26 meeting was held on June 17, 2025. The three (3)

above-named counsels appeared and participated telephonically.

3.　　　Summary of Claims. Civil rights and tort action against Defendants Alex

Kirkpatrick, the Town of Webster, the Webster Police Department, and the City of Rochester,

and the Rochester Police Department.

4.　　　Summary of Discovery Exchanged. None as of yet.

5.　　　ESI Discussions. To the extent possible the parties will produce electronic

documents in original format.

6.　　　Protective Orders. None anticipated at this point.

7.　　　Magistrate Judge Jurisdiction. No agreement.

8.　　　Initial Disclosures. Compliance with the mandatory disclosure requirements

found in Rule 26(a)(1) will be accomplished no later than July 31, 2025.

9.      Mediation. Counsel have not yet agreed to a mediator. Mediator shall be chosen by counsel by July 31, 2025. Once a mediator has been chosen and has run the required conflicts check and has agreed to serve, the required Stipulation form will be filed. Proposed deadline date for initial mediation conference: August 31, 2025.

10.     Limitations on discovery. none

11.     Motions to Amend or Add Parties. Proposed deadline: October 31, 2025.

12.     Close of fact discovery. Proposed deadline: April 30, 2026.

13.     Motions to Compel. Proposed deadline: April 1, 2026.

14.     Experts. Plaintiff's Expert Disclosures: The Plaintiff shall disclose the identity of any expert witnesses and provide the written reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than June 15, 2026.

15.     Defendant's Expert Disclosures: The Defendant shall disclose the identity of any expert witnesses and provide the written reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than within 30 days after Plaintiff's expert disclosures.

16.     Rebuttal Expert Disclosures: Any rebuttal expert disclosures shall be made no later than within 30 days after Defendant's expert disclosures.

17.     Dispositive Motions. Proposed deadline: October 31, 2026.

18.     Trial. Trial by jury is requested by both parties. Estimated time required: 5 days.

Submitted by counsel,

/s/David S. Stern

_____

David S. Stern, Esq.
Attorney for Plaintiff
45 Exchange Blvd., Suite 400
Rochester, New York 14614
Telephone: (585) 232-4724
Email: dstern@elliottstern.com

_____
John L. DeMarco, Esq.
DeMarco Taylor
2526 Browncroft Blvd.
Rochester, NY 14625
Telephone: (585) 491.6950
jdemarco@demarcotaylorlaw.com

/s/ John M. Capolieto, Esq.

_____
John M. Campolieto, Esq.
City of Rochester Law Department
30 Church Street, Room 400A
Rochester, New York 14614
Email: john.campolieto@cityofrochester.gov